United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 11, 2005**

Charles R. Fulbruge III
Clerk

In the
# United States Court of Appeals
## for the Fifth Circuit

_____

m 04-40663

_____

JUAN VASQUEZ; RAYMOND MARTINEZ; JEFFREY DEMICH;
JAMES RODRIGUE; ELIZABETH LAUER; DON PRICE,

Plaintiffs-Appellants,

VERSUS

FEDERAL EXPRESS CORPORATION,

Defendant-Appellee.

_____

Appeals from the United States District Court
for the Eastern District of Texas
m 3:02-CV-400-RAS-DDB

_____

Before SMITH, DENNIS, and PRADO,
    Circuit Judges.

PER CURIAM:[*]

Current and former employees of Federal Express Corporation appeal a summary judgment in this action asserting various violations of the employment laws.  We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel.  As a matter of law, there are no violations under any of the theories asserted.  Nor is there a showing of any improperly-motivated decisions.

The summary judgment is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.